UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

United States of America )
    Plaintiff )
     ) 2:05CV1193-T
v. )
     ) Case No: 93-310-N
     )
Juanita Hart )
    Defendant )

## MOTION TO VACATE OR CORRECT THE SENTENCE

Comes Now, Defendant JUANITA HART, Pro se, pursuant to 28 U.S.C. § 2255, and respectfully requests this Honorable Court to vacate or correct the sentence imposed in this above captioned case on the grounds that the sentence was imposed in violation of the Constitution's Sixth and Fifth Amendments. The grounds for the Motion filed herein are fully discussed in the attached Memorandum of Points and Authorities.

WHEREFORE, based on the reasons set forth herein, Defendant requests that her sentence be vacated or corrected.

Respectfully submitted,

*Juanita Hart*  12-12-05
Juanita Hart, Pro Se
Federal Prison Camp
Reg. #09233002
Quarter Seminole A
PO Box 7006
Marianna, FL  32447-7006

1