27BF, SC, WILLOUGHBY

# U.S. District Court
## Alabama Middle District (Montgomery)
## CRIMINAL DOCKET FOR CASE #: 2:93-cr-00310-MHT-DRB-25
### Internal Use Only

Case title: USA v. Williams et al

Date Filed: 12/08/1993

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Delores R. Boyd

**Defendant**

**Juanita Hart** (25)
*TERMINATED: 12/27/1994*

represented by **Elmer Douglass Ellis**
1511 K Street, NW
Suite 438
Washington, DC 20005
(202) 789-1975
*TERMINATED: 04/05/2004*
LEAD ATTORNEY
*Designation: CJA Appointment*

**Julia Ann Beasley**
Beasley Allen Crow Methvin Portis & Miles PC
PO Box 4160
Montgomery, AL 36103-4160
334-269-2343
Fax: 334-954-7555
Email: julia.beasley@beasleyallen.com
*TERMINATED: 04/05/2004*
LEAD ATTORNEY
*Designation: CJA Appointment*

**Pending Counts**

21:846 CONSPIRACY: DISTB COCAINE/COCAINE BASE; FORFEITURE
(1)

**Disposition**

360 Mos; 5 Yrs Sup Rel; $50 SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                  **Disposition**

None

---

**Plaintiff**

USA                                          represented by  **Terry F. Moorer**
                                                              U.S. Attorney's Office
                                                              PO Box 197
                                                              Montgomery, AL 36101-0197
                                                              334-223-7280
                                                              Fax: 223-7560
                                                              Email: terry.moorer@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/1993 | 1 | MOTION/ORDER UNSEALING INDICTMENT (re Cr Misc No. 321) (CM/ECF ENTRY)(snc) (Entered: 10/20/2004) |
| 12/08/1993 | 2 | INDICTMENT as to Rosa Mae Smiley Williams (1) count(s) 1, Willie Joe Williams (2) count(s) 1, Chico Fernandez Moore (3) count(s) 1, Arlutha W. Smiley (4) count(s) 1, Claudell Smiley (5) count(s) 1, Bridgett Chapple (6) count(s) 1, Francis Williams (7) count(s) 1, Richard Toles (8) count(s) 1, Clarence Smiley (9) count(s) 1, Delacy Caldwell (10) count(s) 1, Clennon Matthews (11) count(s) 1, Ray Henry (12) count(s) 1, J. W. Moore (13) count(s) 1, James Moore (14) count(s) 1, Jody Moore (15) count(s) 1, Marvin Bryant Jr. (16) count(s) 1, Bobby Sanders (17) count(s) 1, Altoria Lewis (18) count(s) 1, William D. Thrash (19) count(s) 1, Fnu Lnu (20) count(s) 1, Michael A. Sanders (21) count(s) 1, Ernest Williams (22) count(s) 1, J. D. Bradberry (23) count(s) 1, Henry L. Murphy (24) count(s) 1, Juanita Hart (25) count(s) 1, Sylvia Matthews (26) count(s) 1, 2, Willie R. Sconiers (27) count(s) 1, 2. (CM/ECF CONVERSION) (snc) (Entered: 10/20/2004) |
| 12/14/1993 |  | Arrest of Juanita Hart (cm/ecf conversion) (snc) (Entered: 11/17/2004) |
| 12/22/1993 |  | Minute Entry for proceedings held before Judge John Carroll:Arraignment as to Juanita Hart (25) Count 1 held on 12/22/1993, Plea entered by |

| | | |
|---|---|---|
| | | Juanita Hart: Not Guilty on counts 1. (cm/ecf conversion) (snc) (Entered: 11/17/2004) |
| 05/31/1994 | 🔵 | MISTRIAL as to Juanita Hart (cm/ecf conversion) (snc) (Entered: 11/17/2004) |
| 08/15/1994 | | ***Procedural Interval(P5) start as to Juanita Hart (JURY TRIAL; VERDICT: GUILTY) (cm/ecf conversion) (snc) (Entered: 11/17/2004) |
| 08/15/1994 | 🔵 | JURY VERDICT as to Juanita Hart (25) Guilty on Count 1. (cm/ecf conversion) (snc, ) (Entered: 11/20/2004) |
| 12/16/1994 | 🔵 | Minute Entry for proceedings held before Judge Ira De Ment :Sentencing held on 12/16/1994 for Juanita Hart. (cm/ecf conversion) (snc) (Entered: 11/17/2004) |
| 12/27/1994 | 🔵955 | JUDGMENT as to Juanita Hart (25). Count(s) 1: 360 Mos; 5 Yrs Sup Rel; $50 SA . Signed by Judge Ira De Ment on 12/27/94. (snc, ) (Entered: 11/24/2004) |
| 04/05/2004 | 🔵1570 | DOCKET SHEET of entries prior to cm/ecf conversion as to Juanita Hart (snc) (Entered: 12/22/2004) |