| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): Bryant Dyess   C. Date of Delivery: 12/23/05<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>U. S. Attorney's Office<br>Attn: Civil Process Clerk<br>P. O. Box 197<br>Montgomery, AL  36101-0197<br><br>2:05CV1193 Order Proc. | 3. Service Type<br>☑ Certified Mail     ☐ Express Mail<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 6082 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540