DEC 8 1993

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF A.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 93-310-N |
| ROSA MAE SMILEY WILLIAMS, ) | [21 USC 841(a)(1); |
| WILLIE JOE WILLIAMS ) | 21 USC 846; 21 USC |
| CHICO FERNANDEZ MOORE, ) | 853] |
| ARLUTHA W. SMILEY, ) | |
| CLAUDELL SMILEY, ) | INDICTMENT |
| BRIDGETT CHAPPLE a/k/a ) | |
| BRIDGETT LEWIS, ) | |
| FRANCIS WILLIAMS, ) | |
| RICHARD TOLES, ) | |
| CLARENCE SMILEY, ) | |
| DELACY CALDWELL a/k/a ) | |
| MUKE, ) | |
| CLENNON MATTHEWS a/k/a ) | |
| BIG C, ) | |
| RAY HENRY, ) | |
| J.W. MOORE, ) | |
| JAMES MOORE a/k/a ) | |
| BUSTER, ) | |
| JODY MOORE, ) | |
| MARVIN BRYANT, JR. a/k/a ) | |
| COOKIE, ) | |
| BOBBY SANDERS, ) | |
| ALTORIA LEWIS a/k/a ) | |
| TOBY LEWIS a/k/a ) | |
| MR. T, ) | |
| WILLIAM D. THRASH, ) | |
| FNU LNU, a/k/a ) | |
| "BAMA," ) | |
| MICHAEL A. SANDERS, ) | |
| ERNEST WILLIAMS a/k/a ) | |
| "WOLF", ) | |
| J.D. BRADBERRY, ) | |
| HENRY L. "SHUG" MURPHY ) | |
| JUANITA HART, ) | |
| SYLVIA MATTHEWS and ) | |
| WILLIE R. SCONIERS ) | |

The Grand Jury charges:

## COUNT I

From on or about January 1, 1989, the exact date being unknown to the Grand Jury, and continuing through on or about the date of the filing of this indictment, in Covington County, within the

Middle District of Alabama, and elsewhere,

ROSA MAE SMILEY WILLIAMS,

WILLIE JOE WILLIAMS,

CHICO FERNANDEZ MOORE,

ARLUTHA W. SMILEY,

CLAUDELL SMILEY,

BRIDGETT CHAPPLE a/k/a

BRIDGETT LEWIS,

FRANCIS WILLIAMS,

RICHARD TOLES,

CLARENCE SMILEY,

DELACY CALDWELL a/k/a MUKE,

CLENNON MATTHEWS a/k/a BIG C,

RAY HENRY,

J.W. MOORE,

JAMES MOORE a/k/a BUSTER,

JODY MOORE,

MARVIN BRYANT, JR. a/k/a COOKIE,

BOBBY SANDERS,

ALTORIA LEWIS a/k/a TOBY LEWIS a/k/a MR. T,

WILLIAM D. THRASH,

FNU LNU, a/k/a "BAMA,"

MICHAEL A. SANDERS,

ERNEST WILLIAMS a/k/a "WOLF",

J.D. BRADBERRY,

HENRY L. MURPHY a/k/a "SHUG" MURPHY,

2

JUANITA HART,

SYLVIA MATTHEWS and

WILLIE R. SCONIERS

defendants herein, did knowingly and willfully attempt, aid, abet, combine, conspire, confederate and agree together with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute cocaine and cocaine base, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846, as hereafter set forth.

## A. OBJECTS OF THE CONSPIRACY

1. It was an object of the conspiracy to knowingly and willfully possess with intent to distribute cocaine and cocaine base, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. It was an object of the conspiracy to knowingly and willfully distribute cocaine and cocaine base, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1).

## B. MANNER AND MEANS

1. It was part of the conspiracy that ROSA MAE SMILEY WILLIAMS would obtain cocaine from her source or sources and provide cocaine to members of her drug distribution network in Laurel Hill Florida which included the named defendants, and others, who would then distribute the cocaine to other individuals

3

in and around Laurel Hill, Florida, Andalusia, Alabama and elsewhere.

2.   It was a part of the conspiracy that ROSA MAE SMILEY WILLIAMS owned a trailer park in Laurel Hill, Florida. The trailer park was the central narcotics distribution center for the defendants.

3.   It was a part of the conspiracy that ROSA MAE SMILEY WILLIAMS would front cocaine to Delacy Caldwell, Shug, Bridgett and others, for distribution along Ebenezer Road, which bisects the trailer park, and elsewhere.

4.   It was a part of the conspiracy that ROSA MAE SMILEY WILLIAMS would receive profits from all cocaine sold in her Laurel Hill Trailer Park.

5.   It was a part of the conspiracy that ROSA MAE SMILEY WILLIAMS would keep large sums of money on her person and her premises to facilitate trafficking in cocaine base. On or about August 3, 1990, ROSA MAE SMILEY WILLIAMS had on her person and premises approximately $26,000.00 in currency which were the proceeds of and used to facilitate trafficking in cocaine base.

6.   It was a part of the conspiracy that ROSA MAE SMILEY WILLIAMS would keep several firearms on her premises to facilitate trafficking in cocaine base. On or about August 3, 1990, ROSA MAE SMILEY WILLIAMS possessed the following firearms to facilitate trafficking in cocaine base: a 20 gauge single shot shotgun Model 151; a R.G. .38 caliber Model 38 revolver; a Lebel .32 Caliber revolver; a Browning 12 gauge semi-automatic shotgun; a Mossberg

.410 bolt action shotgun; a Stevens Model 94E single shot shotgun; a Winchester Model 94 30-30 rifle, with scope; a Western Auto Revelation .22 caliber semi-automatic rifle; a Springfield Model 120 .22 caliber bolt action rifle; a Revelation .22 caliber bolt action rifle.

### D. OVERT ACTS

In furtherance of the unlawful conspiracy and to effect the objects thereof, the following Overt Acts, among others, were committed in the Middle District of alabama and elsewhere:

#### 1. OVERT ACTS BY CHICO FERNANDEZ MOORE

a. On or about May 29, 1992, CHICO MOORE did knowingly and intentionally distribute and possess with intent to distribute approximately 6.939 grams of cocaine base.

b. On or about May 14, 1993, CHICO MOORE did knowingly and intentionally distribute and possess with intent to distribute approximately .124 grams of cocaine base.

c. On or about May 14, 1993, CHICO MOORE did knowingly and intentionally distribute and possess with intent to distribute approximately .116 grams of cocaine base.

#### 2. OVERT ACTS BY DELACY CALDWELL

a. On or about May 13, 1993, DELACY CALDWELL did knowingly and intentionally distribute and possess with intent to distribute approximately .127 grams of cocaine.

b. On or about May 7, 1993, DELACY CALDWELL did knowingly and intentionally distribute and possess with intent to distribute approximately .065 grams of cocaine base.