COURT OF APPEALS DOCKET NO. 94-7194

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

United States of America,

Plaintiff-Appellee,

v.

JUANITA HART,

Defendant-Appellant.

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DISTRICT COURT DOCKET NO.: 93-310-N

---

BRIEF OF APPELLANT,
JUANITA HART

---

Attorney for the Appellant:
Mark G. Montiel
MARK G. MONTIEL, P.C.
6752 Taylor Circle
Montgomery, AL 36117
(334) 396-3331

# TABLE OF CONTENTS

Certificate of Interested Persons and Corporate Disclosure Statement ................ C-1

Statement Regarding Oral Argument ........................................................................ i

Table of Contents ..................................................................................................... ii

Table of Citations ................................................................................................... iv

Statement of Jurisdiction ......................................................................................... v

Statement of the Issues ............................................................................................ 1

Statement of the Case .............................................................................................. 2

Summary of the Argument .................................................................................... 10

Argument ............................................................................................................... 12

I.   The district court erred in denying the Appellant's post-trial motion by applying an incorrect standard which required the Appellant to prove that the willfully suppressed exculpatory evidence, had it been disclosed, would have "probably produced an acquittal" ............................................................. 12

   A.   The suppression of evidence by the United States ............................. 12

   B.   The required standard for the Appellant to demonstrate a *Brady* violation ................................................................................................ 20

   C.   The erroneous standard applied by the district court ......................... 21

II.  The Appellant's sentence violates the requirements of *(Carless) Jones v. United States* and *Apprendi v. New Jersey.* ................................................ 28

    A.    Drug quantity involving the Appellant was neither charged in the indictment nor proven to the jury .................................................................................. 28

    B.    The district court's enhancement of the Appellant's sentence for weapons possession and obstruction of justice, by factors not proven to the jury beyond a reasonable doubt, was erroneous ........................................... 30

Conclusion............................................................................................................... 33

Certificate of Compliance ........................................................................................ 34

Certificate of Service................................................................................................ 35

Addendum ................................................................................................................ 36