IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 94-7194-CC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUN 0 4 2001
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

                            Plaintiff-Appellee,

versus

JUANITA HART,

                            Defendant-Appellant.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

BEFORE: BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

    The petition(s) for rehearing filed by Juanita Hart is DENIED.


ENTERED FOR THE COURT:

_____
UNITED STATES CIRCUIT JUDGE

ORD-41