IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA  :

V.  :    CIVIL ACTION NO:

JUANITA HART  :    2:05CV1193-MHT
DEFENDANT/PETITIONER         [WO]

MOTION FOR EXTENSION OF 30 DAYS TO RESPOND TO
"RECOMMENDATION OF THE MAGISTRATE JUDGE"

COMES NOW, Juanita Hart, acting as a Pro-se in hte above-styled case. Defendant/Petitioner Hart asks this Honorable Court to consture this Motion liberally, since she is not represented by Counsel. See Haines v. Kenner, 404 U.S. 519, 30 L Ed 2d 652, 92 S Ct. 594.

In the Motion "Recommendation of the Magistrate Judge" that Defendant received on November 30, 2007, it states "Ordered that the parties shall file any objections to this Recommendation on or before December 10, 2007."

Hart is requesting a 30 Day Extension so that she will have the time to answer properly. Hart is incarcerated at the Women's Federal Prison Camp at Marianna, FL and the FPC is a Satellite of the Men's FCI. The Library at the Women's Camp does not have sufficient legal information and such has to be requested from the FCI, which will take many days to receive, so that Hart can respond properly. In addition, Hart is considering consulting with an Attorney on this matter.

Hart respectfully asks this Honorable Court to grant her this 30 Day Extension and that she has shown just cause as to why this request should be granted.

This _____ day of December, 2007.

Respectfully submitted,

*Juanita Hart*
Juanita Hart, Pro-se
Federal Reg. #09233-002
Marianna FPC   Seminole A
P. O. Box 7006
Marianna, FL 32447-7006

CERTIFICATE OF SERVICE

I, Juanita Hart, hereby certify that I have placed a true and accurate copy of the foregoing document in a postage-sufficient envelope in the FPC institutional mailbox to the following:

>Mr. Terry Moorer
>Assistant U.S. Attorney
>P. O. Box 197
>Montgomery, AL 36101-0197

This 4th day of December, 2007.

>Respectfully submitted,
>
>*Juanita Hart*
>Juanita Hart, Pro-se
>Federal Reg. #09233-002
>Marianna FPC
>Seminole A
>P. O. Box 7006
>Marianna, FL 32447-7006

```
       ART
NAME: JL    02
REG. NO  N CAMP
         FL 32446-7006
```



```
CLERK OF COURT
U. S. DISTRICT COURT
P. O. BOX 711
MONTGOMERY, AL 36101-0711
```

36101+0711-11 8007