IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:05cv1193-MHT |
| | ) | |
| JUANITA HART | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by movant Juanita Hart on December 6, 2007 (Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Hart be and is hereby GRANTED an extension from December 10, 2007, to and including January 4, 2008, to file her objections to the Recommendation entered on November 27, 2007.

Done this 6th day of December, 2007.

        /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE