IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUANITA HART | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:05-cv-1193-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

### UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Sandra J. Stewart, as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 14th of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JUANITA HART | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:05-cv-1193-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax