**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**


**UNITED STATES OF AMERICA,** )
)
   **Respondent,** )
)
 **v.** )
)   **Civil Action No. 2:05cv1193-MHT**
**JUANITA HART,** )   **(CR 93-310-N-025)**
)
  **Movant/Defendant.** )


**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

 ☐ This party is an individual, or

 ☒ This party is a governmental entity, and

 ☒ There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby

reported:  None.

Done this 14th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/  Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36101-0197
(334) 551-1764
(334) 223-7135

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:05-cv-1193** |
| **JUANITA HART,** | ) | **(CR 93-310-N-025)** |
| | ) | |
| **Movant/Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing Conflict

Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage

prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

> Juanita Hart
> Reg. #09233-002
> Federal Prison Camp
> Quarter Seminole A
> P.O. Box 7006
> Marianna, FL  32447-7006

> Respectfully submitted,
>
> LEURA G. CANARY
> UNITED STATES ATTORNEY
>
>
> /s/  Sandra J. Stewart
> SANDRA J. STEWART
> Assistant United States Attorney
> 131 Clayton Street
> Montgomery, AL  36101-0197
> (334) 551-1764
> (334) 223-7135

3