IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civil Action No. 2:05cv1193-MHT |
| | ) | |
| JUANITA HART | ) | |

**ORDER ON MOTION**

Upon consideration of the United States' Motion to Substitute Counsel (Doc. No. 12; December 14, 2007), and for good cause, it is

ORDERED that this motion is GRANTED.

Done this 19th day of December, 2007.

        /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE